IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DIANNE TURNER, *et al.*,
    Plaintiffs,

v.

Civil No. 3:19cv293 (DJN)

ZESTFINANCE, INC., *et al.*,
    Defendants.

## ORDER GRANTING MOTION TO AMEND FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFYING SETTLEMENT CLASS, AWARDING ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS, AND ENTERING FINAL JUDGMENT

Plaintiffs Diane Turner, Lula Williams, Renee Galloway, Darlene Gibbs, Marketa Bass, John Glatt, Gwendolyn Beck, Anastasia Sherman, Sheila Burns, Stanie Haggins, Keisha Hamm, David Hawkins, Sheila Simmons, Faith Thomas, Dashawn Hunter, Tonekia Showell, Sonji Grandi, Susie Allen, Krista Biehl, Beverly Gross, Rachel Bulette, Ricky Panas, Lorna Johnson, Esther Taitai, and Cynthia Burns ("Plaintiffs"), individually and on behalf of the preliminarily certified Settlement Class, have submitted to the Court an unopposed Motion to Amend the Order Granting Final Approval of the Class Action Settlement (ECF No. 113).

Having reviewed the unopposed Motion to Amend and finding good cause, the Court hereby GRANTS the Motion (ECF No. 113). A separate Amended Order Granting Final Approval of Class Action Settlement shall issue.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                           /s/
                                       David J. Novak
                                       United States District Judge

Richmond, Virginia
Date: July 9, 2020