

*Turner v. ZestFinance (Spotloans)*
5/27/2020

**Turner v. ZestFinance (Spotloan) - Complete Exclusion List (10 Class Members)**

| Last Name | First Name | Access Code | # of Loans |
|---|---|---|---|
| BABISH (DECD) | BRUCE K | ███████A | 1 Loan |
| CAIN | RYAN | SPT-425E847A5 | 1 Loan |
| FORSCH | GENEVIEVE | SPT-AFAB65986 | 1 Loan |
| LOC | LOUIS | SPT-57538ECF5 | 4 Loans |
| L'ROY | DAVID | SPT-58BD7C336 | 1 Loan |
| MANGCA (SHERIDAN) | NICOLE | SPT-983449ABB | 1 Loan |
| MCCALL | PAULETTE | SPT-77C2A5A92 | 2 Loans |
| MCCALL | WADE | SPT-ADB9EC55E | 3 Loans |
| NYLAND | SCOTT | SPT-5CADE69BC | 1 Loan |
| PREETE | KERRY | SPT-3EA2FEC44 | 1 Loan |