DIANNE TURNER, *et al., individually and on*
*behalf of all others similarly situated,*     :
                                                :
                                                :
                    Plaintiffs,                 :
                                                :
v.                                              :   Civil Action No. 3:19-cv-00293
                                                :
ZESTFINANCE, INC., *et al*                      :
                                                :
                    Defendants.                 :

## NOTICE TO COURT REGARDING CLASS MEMBER CORRESPONDENCE

In response to this Court's Order of December 2, 2020 (ECF 118), and in response to the letter sent by class member Virginia Kraemer (ECF 117), Class Counsel hereby notifies the Court of the following:

1. Class Counsel received a letter from Virginia Kraemer through ECF notice on December 1, 2020. (ECF 117).

2. Upon receipt of Ms. Kraemer's letter, Class Counsel reached out to the class administrator on December 1, 2020.

3. The class administrator informed Class Counsel that a settlement check was mailed to Virginia Kraemer on September 10, 2020 at the address listed on Ms. Kraemer's letter to the Court. The settlement check was cashed on September 19, 2020 and the settlement administrator provided class counsel with an image of the cashed check bearing a signature on the back in the name of Virginia Kraemer.

4. On December 3, Class Counsel placed three separate telephone calls to the phone number provided by Ms. Kraemer in her letter to the Court (ECF 117) and left a detailed voicemail requesting Ms. Kraemer contact Class Counsel at (804) 905-9900 regarding her letter to the Court.

5. On December 4, 2020, Class Counsel placed calls to the number provided by Ms. Kraemer, leaving detailed voicemails for a return call or email.

6. On December 4, 2020, Class Counsel sent the attached letter to Ms. Kraemer, requesting she contact Counsel to discuss her letter to the Court.[1]

7. To date Ms. Kraemer has not contacted Counsel in response to the telephone messages or the letter.

Respectfully submitted,
**PLAINTIFFS**

By:_____/s/ Leonard A. Bennett_____
Leonard A. Bennett, Esq., VSB #37523
Craig C. Marchiando, Esq., VSB #89736
Amy L. Austin, Esq., VSB # 46579
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email:  lenbennett@clalegal.com
Email: craig@clalegal.com

Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

E. Michelle Drake

---

[1] Due to the discrepancy in the address on the written letter versus the address on the return label in ECF 117, Class Counsel sent a letter to both Birchview Drive and Birchview Gardens.

2

Email: emdrake@bm.net
John G. Albanese
Email: jalbanese@bm.net
BERGER & MONTAGUE, P.C.
43 SE Main Street, Suite 505
Minneapolis, Minnesota 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470

Beth E. Terrell
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray
Email:  jmurray@terrellmarshall.com
Elizabeth A. Adams
Email: eadams@terrellmarshall.com
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Matthew Wessler
Email: matt@guptawessler.com
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792

*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on the 14th day of December, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

By:    */s/ Leonard A. Bennett*
Leonard A. Bennett, Esq., VSB #37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com